COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| ANTONIO LOPEZ, | § | No. 08-17-00039-CR |
| Appellant, | § | Appeal from |
| v. | § | 171st District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC # 20120D04452) |

# **O R D E R**

The Court has determined that it is necessary to review the following exhibits.  It is therefore ORDERED that Anita Garza, Official Court Reporter, of the 171st District Court of El Paso County, Texas, prepare a Supplemental Reporter's Record to include the original exhibits as follows:

MS-1
MS-2
MS-3
MS-4
SX-22
SX-23
SX-24
SX-32
SX-33

These exhibits are to be forwarded to this Court on or before December 11, 2018.

The original exhibits will be returned to the Official Court Reporter after the final disposition of the case by this Court.

IT IS SO ORDERED THIS 3RD DAY OF DECEMBER, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.